## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR66 |
| | ) | |
| vs. | ) | |
| | ) | |
| ERICK MOLINA, MAURICIO CABRERA and LORINDA CABRERA, | ) ) ) | ORDER |
| Defendants. | | |

This matter is before the court on defendant Erick Molina's Motion to Continue Trial [82]. Counsel has recently been appointed and needs additional time to prepare for trial. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [82] is granted, as follows:

1. The jury trial, **for all defendants**, now set for October 18, 2016 is continued to **November 29, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 29, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED October 11, 2016.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**